# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2019

*The Court of Appeals hereby passes the following order:*

### A19A0844. TERRANCE MOBLEY v. STATE OF GEORGIA PARDON & PAROLE BOARD.

Prisoner Terrance Mobley filed a direct appeal from the trial court's order denying his request proceed in forma pauperis in a civil action. See OCGA § 9-15-2 (d). Because Mobley is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this appeal. See *Jones v. Townsend*, 267 Ga. 489, 490-491 (480 SE2d 24) (1997). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/10/2019*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*